**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: United States of America v. Eastman        Docket No.: 17-3893

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Neeraj N. Patel

Firm: United States Attorney's Office, District of Connecticut

Address: 157 Church Street, 25th Floor, New Haven, CT 06510

Telephone: 203-821-3700         Fax: 203-773-5376

E-mail: neeraj.patel@usdoj.gov

Appearance for: United States of America/Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Sandra S. Glover, United States Attorney's Office )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Neeraj N. Patel

Type or Print Name: Neeraj N. Patel