# UNITED STATES COURT OF APPEALS
### for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28TH day of December, two thousand and seventeen,

_____

| | |
|---|---|
| United States of America, | **ORDER** |
| | Docket Number: 17-3893 |
| Appellee, | |
| | |
| v. | |
| | |
| John Eastman, | |
| | |
| Defendant - Appellant. | |

_____

A notice of appeal was filed on December 1, 2017. Appellant's Form B was due December 15, 2017. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective January 11, 2018 if the form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court