UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

CASE NAME: United States v. John Eastman

DOCKET NUMBER: 17-3893

COUNSEL'S NAME: David A. Moraghan

COUNSEL'S ADDRESS: 257 Main Street, 2-2 Flr.
Torrington, Conn. 06790

COUNSEL'S PHONE: 860-482-7651

## QUESTIONNAIRE

☑ I am ordering a transcript.

☐ I am not ordering a transcript. Reason: ☐ Daily copy available ☐ U.S. Atty. placed order
☐ Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

☑ Pre-trial proceedings: Motion to Suppress, May 31, 2016; Plea Proceeding, March 2, 2017
(Description & Dates)

☐ Trial: _____
(Description & Dates)

☐ Sentencing: Sentencing Hearing November 28, 2017
(Description & Dates)

☐ Post-trial proceedings: _____
(Description & Dates)

I, David A. Moraghan, hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☐ Funds ☑ CJA Form 24

_____                    December 14, 2017
Counsel's Signature                           Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____                    _____
Court Reporter's Signature                    Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.