## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States vs. John Eastman              Docket No.: 17-3893

Lead Counsel of Record (name/firm) or Pro se Party (name): David A. Moraghan

Appearance for (party/designation): John Eastman

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen

Name: David A. Moraghan
Firm: Smith, Keefe, Moraghan & Waterfall, LLC
Address: 257 Main Street, Torrington, CT 06791
Telephone: 860-482-7651          Fax: 860-482-7845
Email: dam@skmwlaw.com

### RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ David A. Moraghan
Type or Print Name: David A. Moraghan
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.