**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: January 10, 2018 | DC Docket #: 3:16-cr-6-1 |
| Docket #: 17-3893cr | DC Court: CT (NEW HAVEN) |
| Short Title: United States of America v. Eastman | DC Judge: Shea |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8575.