# SMITH, KEEFE, MORAGHAN & WATERFALL, LLC

Counselors At Law

David A. Moraghan
A. Thomas Waterfall

Jess H. Smith
*1932-2008*
Joseph F. Keefe
*1942-2003*

February 21, 2018

Clerk of the Court
Attn: Patrick Finn
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States District Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. John Eastman, 17-3893**

Dear Sir or Madam:

On behalf of John Eastman, I spoke with court reporter, Martha Marshall for an update on Mr. Eastman's transcript request. I write to update the Court on the status of the outstanding transcript requests in this matter. A portion of the requested transcripts have been transcribed, but there are still outstanding transcripts that have to be prepared.

I will update the court again on March 23, 2018, or as soon as the outstanding transcripts are received.

Respectfully,

David A. Moraghan
DAM/paj
cc: All Counsel by ECF