# SMITH, KEEFE, MORAGHAN & WATERFALL, LLC

Counselors At Law

David A. Moraghan
A. Thomas Waterfall

Jess H. Smith
*1932-2008*
Joseph F. Keefe
*1942-2003*

March 21, 2018

Clerk of the Court
Attn: Patrick Finn
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States District Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. John Eastman, 17-3893**

Dear Sir or Madam,

    On behalf of John Eastman, I write to update the Court on the status of the outstanding transcript requests in this matter. I spoke with court reporter Martha Marshall for an update on Mr. Eastman's transcript request. She has been authorized to complete and send all the original transcripts to our office. Two of the transcripts have been completed, the sentencing transcript still needs to be transcribed. No original transcripts have yet been received.

    I will update the court again on April 4, 2018, or as soon as the outstanding transcripts are received.

Respectfully,

David A. Moraghan
DAM/slb
cc: All Counsel by ECF