# SMITH, KEEFE, MORAGHAN & WATERFALL, LLC

Counselors At Law

David A. Moraghan
A. Thomas Waterfall

Jess H. Smith
*1932-2008*
Joseph F. Keefe
*1942-2003*

April 18, 2018

Clerk of the Court
Attn: Patrick Finn
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States District Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. John Eastman, 17-3893**

Dear Sir or Madam,

    On behalf of John Eastman, my paralegal, Stephanie Busto, spoke with court reporter, Martha Marshall for an update on Mr. Eastman's transcript request. I write to update the Court on the status of the outstanding transcript requests in this matter. Two of the transcripts has been completed, the sentencing transcript still needs to be transcribed.

    I will update the court again on May 2, 2018, or as soon as the outstanding transcripts are received.

Respectfully,

David A. Moraghan
DAM/slb
cc: All Counsel by ECF