# SMITH, KEEFE, MORAGHAN & WATERFALL, LLC

Counselors At Law

David A. Moraghan
A. Thomas Waterfall

Jess H. Smith
*1932-2008*
Joseph F. Keefe
*1942-2003*

May 2, 2018

Clerk of the Court
Attn: Patrick Finn
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States District Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. John Eastman, 17-3893**

Dear Sir or Madam,

Pursuant to Local Rule 31.2(a)(1)(A), Appellant John Eastman respectfully requests a deadline of Tuesday, July 24, 2018 which is 91 days from the ready date of April 24, 2018, for the submission of his brief on appeal.

Should the Court require any additional information, please do not hesitate to contact me.

Thank you for your attention in this matter.

Respectfully,

David A. Moraghan
DAM/slb
cc: All Counsel by ECF