UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of May, two thousand and eighteen,

_____

| United States of America, | **ORDER** |
|---|---|
| Appellee, | Docket No: 17-3893 |
| v. | |
| John Eastman, | |
| Defendant - Appellant. | |

_____

Counsel for APPELLANT John Eastman has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 24, 2018 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before July 24, 2018. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court