Case 17-3893, Document 42, 07/26/2018, 2353421, Page1 of 2



**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*                 *(203) 821-3700*
*157 Church Street, 25th Floor*             *Fax (203) 773-5376*
*New Haven, Connecticut  06510*          *www.justice.gov/usao-ct*

July 26, 2018

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Eastman*
              Docket No. 17-3893

Dear Ms. Wolfe:

      The appellant's opening brief was filed on July 24, 2018. Pursuant to Local Rule 31.2, the United States proposes that its responsive brief be due on October 23, 2018, which is 91 days after the filing of the appellant's brief.

                                                  Sincerely,

                                                  JOHN H. DURHAM
                                                  UNITED STATES ATTORNEY

                                                  */s/ Neeraj N. Patel*
                                                  NEERAJ N. PATEL
                                                  ASSISTANT U.S. ATTORNEY

cc:    David A. Moraghan, Esq.

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 26, 2018, a copy of the foregoing Letter was filed electronically and served by first-class United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          */s/ Neeraj N. Patel*
          Neeraj N. Patel
          Assistant United States Attorney