UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of July, two thousand and eighteen,

United States of America,

    Appellee,

v.

John Eastman,

    Defendant - Appellant.

**ORDER**
Docket No: 17-3893

    Counsel for APPELLEE United States of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 23, 2018 as the brief filing date.

    It is HEREBY ORDERED that Appellee's brief must be filed on or before October 23, 2018.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court