# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 17-3893

**Caption [use short title]**

**Motion for:** Extension of time

**Set forth below precise, complete statement of relief sought:**

Requesting an additional ten (10) days to file a reply brief for the above captioned matter due to trial schedule and other commitments.

**MOVING PARTY:** John Eastman
**OPPOSING PARTY:** United States

[ ] Plaintiff  [✓] Defendant
[ ] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** Attorney David Moraghan
**OPPOSING ATTORNEY:** Attorney Neeraj Patel

[name of attorney, with firm, address, phone number and e-mail]

257 Main Street, 2nd Floor
Torrington, CT 06790
860-482-7651

United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510

**Court- Judge/ Agency appealed from:** _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain): _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
[✓] Unopposed [ ] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [X] No If yes, enter date: _____

**Signature of Moving Attorney:**
_David A. Moraghan_ **Date:** 11/5/18 **Service by:** [ ] CM/ECF [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA    DOCKET NO. 17-3893

v.

JOHN EASTMAN    NOVEMBER 5, 2018

AFFIDAVIT

STATE OF CONNECTICUT
      SS: TORRINGTON
COUNTY OF LITCHFIELD

I, David Moraghan, of the Law Firm of Smith, Keefe, Moraghan & Waterfall, LLC., being duly sworn deposes and says:

1. I am over the age of 18 years, understand the meaning of an oath and am competent to testify to the matters contained herein.

2. I am the court appointed attorney for John Eastman in the above captioned appeal. I am admitted to practice before this Court.

3. I make this Affidavit in support of my Motion for Extension for John Eastman to file his Reply Brief from November 6, 2018 until November 16, 2018.

4. Undersigned counsel has been on a Federal Trial for a in violation of 18 U.S.C. § 1201 (a) (1) and 18 U.S.C. § 924 (J) (1) (2 counts) kidnapping/murder/robbery case for three weeks which has been extremely time consuming.

5. I had hoped that I could review the Government's brief, prepare the rely brief and have the brief properly filed prior to November 6th, 2018. However, after reviewing the Government's brief I believe that I cannot adequately respond to it and file an appropriate reply brief in that limited period of time. I am requesting approximately an additional ten days to comply with the requirements to file a reply brief on behalf of the Defendant-Appellant, John Eastman.

6. I do not believe that this additional time will in any way impact on the scheduling of these Appeals for oral argument.

7. Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

8. Assistant United States Attorney Neeraj Patel has been contacted and does not object to this request.

Executed on November 5th, 2018.

BY: _____
David A. Moraghan, Affiant

Subscribed and sworn to before me on this 5th day of November 2018.

BY: _____
Shante M. Mack
Notary Public
Commission Expires: 08-31-2023