# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of November, two thousand and eighteen.

_____

United States of America,

       Appellee,

v.

John Eastman,

       Defendant - Appellant

_____

**ORDER**

Docket No. 17-3893

Appellant moves for an extension to November 16, 2018 to submit the reply brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court