# SMITH, KEEFE, MORAGHAN & WATERFALL, LLC

Counselors At Law

David A. Moraghan
A. Thomas Waterfall

Jess H. Smith
*1932-2008*
Joseph F. Keefe
*1942-2003*

December 11, 2018

Clerk of the Court
Attn: Patrick Finn
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States District Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. John Eastman, 17-3893**

Dear Mr. Finn:

    After reviewing our initial brief, and the Government's brief, we have decided that it is not necessary to file a reply brief.

Very truly yours,

David A. Moraghan
DAM/paj