# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): __17-3893__

Caption [use short title]

Motion for: __Permission to Submit Late CJA Voucher__

Set forth below precise, complete statement of relief sought:

__Permission to refile voucher outside of 45 day period.__

MOVING PARTY: __David A. Moraghan, Esq.__    OPPOSING PARTY: __Neeraj Patel, Esq.__

☐ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: ____    OPPOSING ATTORNEY: ____
[name of attorney, with firm, address, phone number and e-mail]

David A. Moraghan, Esq.    860-482-7651
Smith, Keefe, Moraghan & Waterfall, LLC    dam@skmwlaw.com
257 Main Street, Torrington, CT 06790

Court- Judge/ Agency appealed from: ____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): ____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☑ Yes  ☐ No  If yes, enter date: __Mandate entered__

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: ____

**Signature of Moving Attorney:**

_/s/ D. Moraghan_  Date: __6/24/2019__    Service by: ☐ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

## **Declaration**

Motion for Approval of Late Filed CJA Voucher #02AC.0854842

Undersigned Counsel hereby requests that the Court consider and grant his Motion regarding the late filing of his voucher in the above-captioned appeal.

The mandate in this matter was entered on April 19, 2019. Counsel submitted the voucher to the Second Circuit on June 20, 2019.

After first receiving the Court's decision, and then after receiving the mandate, Counsel continued to have contact with Mr. Eastman. He continued to request things being done regarding discovery issues, whether to file a petition for certiorari at the United States Supreme Court or to request a hearing en banc from the Second Circuit. In addition, there still were issues involving discovery that he claims he was entitled to from the District Court. Motions were filed in the District Court regarding discovery, which Judge Michael Shea notified Counsel that he should advise Mr. Eastman as to the issue of discovery and why discovery is not being granted. All of this flowed into May of 2019.

The case originally started in the District Court. Immediately after sentencing, but not before the appeal was filed, trial counsel withdrew. Undersigned counsel was thereafter appointed by the District Court to assist in preparing, filing and presenting the appeal. Because the original appointment was in the District Court, the voucher was mistakenly filed in the District Court. It was recently rejected by the Court with a notification to efile it with the Second Circuit Court of Appeals.

Finally, Counsel, to a large extent, overlooked Mr. Eastman's bill and voucher to his embarrassment, although it was not an intentional neglect to fail to file the voucher within forty-five (45) days.

WHEREFORE, it is requested that this Motion be granted, and the voucher be permitted to be refiled outside of the forty-five (45) day period.