# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand and nineteen.

Before:     Raymond J. Lohier, Jr.,
*Circuit Judge.*

United States of America,

    Appellee,

v.

John Eastman,

    Defendant - Appellant.

**ORDER**

Docket No. 17-3893

David A. Moraghan, counsel for the Appellant, moves for leave to file an out of time CJA voucher.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

